DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GMAC MORTGAGE, LLC,**
Appellant,

v.

**RYAN WALLACH** and **SABRINA WALLACH,**
Appellees.

No. 4D16-2978

[November 1, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen D. Ireland, Judge; L.T. Case No. 2011-CA-009351 (11).

James H. Wyman of Hinshaw & Culbertson, LLP, Coral Gables, for appellant.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellees.

PER CURIAM.

GMAC Mortgage, LLC appeals the dismissal of a mortgage foreclosure action filed against the appellees. We affirm the trial court's dismissal without comment, but reverse the trial court's award of attorney's fees to the appellees. *Nationstar Mortg. LLC v. Glass*, 219 So. 3d 896 (Fla. 4th DCA 2017).

*Affirmed in part, reversed in part and remanded.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***